```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

KEITH AQUIA LAWRENCE,              :

    Plaintiff,                 :

vs.                                :    CIVIL ACTION 08-0277-WS-B

BOBBY MOORE, *et al.*,             :

    Defendants.                :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii):

    1. The claims for injunctive relief be **DISMISSED with prejudice** as frivolous;

    2. Defendant Virgil Chapman be **DISMISSED without prejudice** because the claims against him fail to state a claim upon which relief can be granted or are frivolous;

    3. Defendant Renatta Chapman be **DISMISSED without prejudice** because the claims against her fail to state a claim upon which relief can be granted;

      4. Defendant Faye Shaper be **DISMISSED** because the deprivation of property claim against her is due to be dismissed with prejudice as frivolous and the access-to-courts claims against her are due to be dismissed without prejudice for failure to state a claim upon relief can be granted;

      5. Defendant Edward Wright be **DISMISSED with prejudice** because the claims against him are frivolous;

      6. Defendant Carl Ollison be **DISMISSED without prejudice** as the claim against him fails to state a claim upon which relief can be granted;

      7. Defendant Lou Thomas be **DISMISSED with prejudice** because the claims against him are frivolous; and

      8. Plaintiff's claim against Defendant Bobby Moore for denial of privileges be **DISMISSED** with prejudice because the claim is frivolous.

      Plaintiff's denial of dental treatment claim against Defendants Moore and Penny shall proceed.

      The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of various Defendants, this Order adopting the Report and Recommendation, and the Judgment dismissing Defendants Virgil Chapman, Renatta Chapman, Faye Shaper, Edward Wright, Carl Ollison and Lou Thomas.

      **DONE** this 9th day of December, 2009.

                                         **s/WILLIAM H. STEELE**
                                         **UNITED STATES DISTRICT JUDGE**