IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KEITH AQUIA LAWRENCE,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 08-0277-WS-B |
| **BOBBY MOORE,** *et al.*, | : |
| Defendants. | : |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii):

1.  The claims for injunctive relief be **DISMISSED with prejudice** as frivolous;

2.  Defendant Virgil Chapman be **DISMISSED without prejudice** because the claims against him fail to state a claim upon which relief can be granted or are frivolous;

3.  Defendant Renatta Chapman be **DISMISSED without prejudice** because the claims against her fail to state a claim upon which relief can be granted;

4.  Defendant Faye Shaper be **DISMISSED** because the deprivation of property claim against her is due to be dismissed with prejudice as frivolous and the access-to-courts claims against her are due to be dismissed without prejudice for failure to state a claim upon relief can be granted;

5. Defendant Edward Wright be **DISMISSED with prejudice** because the claims against him are frivolous;

6. Defendant Carl Ollison be **DISMISSED without prejudice** as the claim against him fails to state a claim upon which relief can be granted;

7. Defendant Lou Thomas be **DISMISSED with prejudice** because the claims against him are frivolous; and

8. The claim against Defendant Bobby Moore for the denial of privileges be **DISMISSED with prejudice** because it is frivolous.

**DONE** this 9th day of December, 2009.

                                        **s/WILLIAM H. STEELE**
                                        **UNITED STATES DISTRICT JUDGE**